TRINA A. HIGGINS, United States Attorney (#7349)
RYAN N. HOLTAN, Special Assistant United States Attorney (#13244)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court-UT
NOV 22 '22 AM11:22

**SEALED**

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. CLIFFORD ROBINSON, Defendant. | INDICTMENT Count I: 21 U.S.C. § 841(a)(1) Possession of Methamphetamine with Intent to Distribute  Case: 2:22-cr-00459 Assigned To : Sam, David Assign. Date : 11/21/2022 |
|---|---|

The Grand Jury charges:

### COUNT I
**21 U.S.C. § 841(a)(1)**
(Possession with Intent to Distribute Methamphetamine)

On or about September 14, 2022, in the District of Utah,

CLIFFORD ROBINSON,

the defendant herein, did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1),

and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
Ryan N. Holtan
Special Assistant United States Attorney